UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| VIKRAMJEET SINGH, RAJENDER KAUR; AND ABHIROOP SINGH, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | Civil Action No. 24-cv-7763 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and U.S. DEPARTMENT OF HOMELAND SECURITY, | (Matsumoto, J.) (Pollak, M.J.) |
| Defendants. | |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
January 15, 2025

DALBIR SINGH AND ASSOCIATES P.C.
*Counsel for Plaintiffs*
40 Wall Street, 25th Floor
New York, New York 10005

By:    /s/ Dalbir Singh
Dalbir Singh, Esq.
(212) 428-2000
dalbir@dsdlawfirm.com

Dated: Brooklyn, New York
January 15, 2025

CAROLYN POKORNY
Acting United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:    */s/ Marika M. Lyons*
Marika M. Lyons
Assistant U.S. Attorney
(718) 254-6484
marika.lyons@usdoj.gov

[Judge's signature] 1.22.2025